UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:19cr76-MCR

ANDREW E. FISHER
_____/

## ORDER

In its response in Opposition to the Defendant's Supplemental Trial Brief, ECF No. 79, the Government requests a ruling on whether it will be permitted to reference certain statements of the Defendant contained in Government Exhibit GX-5d during its opening statement at trial. The undersigned has reviewed the statements and finds them relevant. Accordingly, the Government's request is granted.

**DONE AND ORDERED** this 28th day of February, 2020.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**