# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:19cr76/MCR

**ANDREW E. FISHER**

_____/

## GOVERNMENT'S FINAL TRIAL EXHIBIT LIST

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| *EM series* | Emails from Google | | | |
| EM-1 | Google Certificate of Authenticity | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-2 | Email dated 8/20/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-3 | Email dated 8/27/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-4, 4a-b | Email dated 10/23/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-5, 5a-b | Email dated 10/23/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-6, 6a-c | Email dated 10/24/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-7, 7a | Email dated 10/27/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-8, 8a-g | Email dated 11/4/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-9 | Email dated 11/24/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-10 | Email dated 12/3/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-11 | Email dated 12/5/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-12, 12a-b | Email dated 12/11/2014 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-13 | Email dated 12/28/2014 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-14, 14a | Email dated 1/5/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-15 | Email dated 1/6/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| EM-16, 16a | Email dated 1/21/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-17 | Email dated 1/26/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-18, 18a-c | Email dated 1/30/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-19 | Email dated 2/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-20, 20a | Email dated 2/4/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-21 | Email dated 2/6/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-22, 22a | Email dated 2/8/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-23, 23a | Email dated 2/18/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-24 | Email dated 2/26/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-25 | Email dated 3/5/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-26, 26a | Email dated 3/5/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-27, 27a | Email dated 3/13/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-28, 28a-b | Email dated 3/16/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-29 | Email dated 3/17/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-30, 30a | Email dated 3/19/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-31, 31a | Email dated 3/30/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-32, 32a | Email dated 3/30/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-33, 33a | Email dated 4/2/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-34 | Email dated 4/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-35, 35a | Email dated 4/5/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-36 | Email dated 4/14/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-37, 37a | Email dated 4/16/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-38, 38a | Email dated 4/17/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| EM-39, 39a | Email dated 4/18/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-40, 40a | Email dated 4/20/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-41 | Email dated 4/23/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-42, 42a | Email dated 4/24/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-43, 43a | Email dated 4/24/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-44, 44a | Email dated 4/24/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-45, 45a | Email dated 5/5/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-46 | Email dated 5/12/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-47, 47a | Email dated 5/20/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-48 | Email dated 6/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-49 | Email dated 6/3/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-50 | Email dated 6/10/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-51 | Email dated 11/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-52, 52a-b | Email dated 11/17/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-53, 53a | Email dated 11/18/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-54, 54a | Email dated 11/21/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-55, 55a | Email dated 11/21/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-56 | Email dated 12/16/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-57 | Email dated 1/13/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-58 | Email dated 1/13/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-59, 59a | Email dated 1/13/2015 with attachment(s) | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-60 | Email dated 4/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-61 | Email dated 4/2/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
| EM-62 | Email dated 5/12/2015 | Tarnuzzer | 3/3/2020 | 3/3/2020 |
|  |  |  | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| *FR-1 series* | Pen Air Federal Credit Union records for Burklow Pharmacy account ending in 3070 | | | |
| FR-1a | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-1b | CD containing records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-1c | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-1d | Deposit/withdrawal items | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-1e | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-1f | CD containing records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| *FR-2 series* | Gulf Coast Community Bank records for Burklow account ending 0310 | | | |
| FR-2a | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-2b | CD containing records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| *FR-3 series* | Gulf Coast Community Bank records for Physician Specialty Pharmacy accounts | | | |
| FR-3a | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3b | CD containing records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3c | Dec. 2014 account ending in 6422 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3d | Jan. 2015 6422 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| FR-3e | Feb. 2015 6422 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3f | Mar. 2015 account ending in 6422 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3g | Apr. 2015 account ending in 6422 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3h | Apr. 2015 account ending in 6810 statement, checks, and wire support | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3i | May 2015 account ending in 6810 statement and checks | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-3j | Signature card dated 9/9/14 | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| *FR-4 series* | The First bank records for Physician Specialty Pharmacy accounts ending in 6422 and 6810 | | | |
| FR-4a | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-4b | CD containing records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| *FR-5 series* | Bank of America records for Simply Surgical account ending in 5721 | | | |
| FR-5a | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-5b | Signature card | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-5c | Records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-5d | Certificates of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| FR-5e | Additional records | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-5f | Certificate of Authenticity | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-5g | Additional deposit information | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| FR-6 | Summary chart – Flow of Funds from TRICARE to PSP/Commission Payments | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| FR-7 | Summary chart – Deposits into Bank of America -5721 Simply Surgical, Inc. | Reyenga (Stipulation) | 3/5/2020 | 3/5/2020 |
| | | | | |
| GX-1a | Florida Secretary of State Certified Records of Incorporation for Physician Specialty Pharmacy | Carmona (Stipulation) | 3/4/2020 | 3/4/2020 |
| GX-1b | Florida Secretary of State Certified Records of Incorporation for Burklow Pharmacy | Carmona (Stipulation) | 3/4/2020 | 3/4/2020 |
| GX-1c | Florida Secretary of State Certified Records of Incorporation for Jay Pharmacy | Carmona (Stipulation) | 3/4/2020 | 3/4/2020 |
| | | | | |
| GX-2a | Patient Face Sheets from J.T.'s office | Carmona | 3/3/2020 | 3/3/2020 |
| GX-2b | Patient chart covers/sheets for actual J.T. TRICARE patients | Carmona, Hodgson | 3/3/2020 | 3/3/2020 |
| GX-2c | List of J.T. TRICARE patients in GX-2b | Carmona | 3/3/2020 | 3/3/2020 |
| GX-2d | Summary chart of J.T. patients' prescriptions | Tarnuzzer | 3/6/2020 | 3/6/2020 |
| GX-2e | "Brad" folder from J.T.'s office (actual) | Carmona, Hodgson | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| GX-2f | Index of prescriptions/face sheets in GX-2a/GX-2e | Carmona | 3/3/2020 | 3/3/2020 |
| | | | | |
| *GX-3 series* | Express Scripts Inc. Provider Agreements | | | |
| GX-3a | Burklow Pharmacy | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3b | Jay Pharmacy | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3c | Curant Health Georgia | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3d | Curant Health Florida | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3e | Destrehan Discount Pharmacy | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3f | Heritage Therapeutics | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3g | Pharmacy Link | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3h | Physician Rx Source | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3i | MediMix LLC | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3j | Willow Pharmacy | Deckelbaum | 3/4/2020 | 3/4/2020 |
| GX-3k | Notes re: MediMix and Willow Pharmacy | Deckelbaum | 3/4/2020 | 3/4/2020 |
| | | | | |
| GX-4 | CD containing Express Scripts Inc./TRICARE Claims Data for J.T., Burklow Pharmacy, and Jay Pharmacy | Coufal | 3/5/2020 | 3/5/2020 |
| GX-4a | Summary chart of amounts billed and paid for J.T. prescriptions | Tarnuzzer | 3/6/2020 | 3/6/2020 |
| GX-4b | Spreadsheet containing reversals | Coufal | 3/5/2020 | 3/5/2020 |
| | | | | |
| GX-5 | Certificate of Authenticity of Business Records for Dennis Atkins, CPA | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5a | Email dated 6/25/2014 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5b | Email dated 7/8/2014 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5c | Email dated 7/8/2014 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5d | Email dated 1/7/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5e | Email dated 1/29/2015 | Atkins | 3/5/2020 | 3/5/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| GX-5f | Email dated 2/5/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5g | Email dated 2/9/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5h | Email dated 2/17/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5i | PSP Financial Snapshot 2-16-15.xlsx | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5j | Email dated 2/19/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5k | Contract of Sale dated 2/19/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5*l* | Email dated 3/31/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5m | Email dated 5/6/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5n | Email dated 5/14/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5o | Email dated 6/3/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5p | Email dated 6/5/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5q | Email dated 6/5/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5r | Email dated 7/2/2015 | Atkins | 3/5/2020 | 3/5/2020 |
| GX-5s | Email dated 11/17/2015 with attachment | Atkins | 3/5/2020 | 3/5/2020 |
|  |  |  |  |  |
| GX-8a | Email dated 7/31/2014 [Def. Ex. AF069] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8b | Email dated 8/21/2014 [Def. Ex. AF072] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8c | Email dated 9/26/2014 [Def. Ex. AF085] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8d | Email dated 9/29/2014 with attachment(s) [Def. Ex. AF087 and AF087a] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8e | Email dated 11/13/2014 [Def. Ex. AF210] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8f | Email dated 1/1/2015 [Def. Ex. AF101] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8g | Email dated 1/8/2015 with attachment(s) [Def. Ex. AF102 and AF102a] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8h | Email dated 2/22/2015 [Def. Ex. AF116] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8i | Email dated 2/23/2015 [Def. Ex. AF118] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| GX-8j | Email dated 6/4/2015 [Def. Ex. AF146] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8k | Email dated 8/4/2015 [Def. Ex. AF202] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8*l* | Email dated 10/23/2015 with attachment(s) [Def. Ex. AF204 and AF204a] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8m | Email dated 11/19/2014 [Def. Ex. AF205] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8n | Email dated 10/1/2014 [Def. Ex. AF089] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| GX-8o | Email dated 10/1/2014 with attachment(s) [Def. Ex. AF197 and AF197a] | Carmona (Stipulation) | 3/3/2020 | 3/3/2020 |
| | | | | |
| GX-9 | Photographs of Burklow Pharmacy prescription bottle/label | Hanson | 3/4/2020 | 3/4/2020 |
| GX-10 | Photographs of Physician Specialty Pharmacy prescription bottles/labels | Hanson | 3/4/2020 | 3/4/2020 |
| | | | | |
| *PSP series* | Physician Specialty Pharmacy business records | | | |
| PSP-1 | Email dated 11/4/2014 [PSP0125456-57] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-2 | Email dated 11/12/2014 [PSP0125335] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-3 | Email dated 11/18/2014 [PSP0125296] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-4 | Email dated 11/18/2014 [PSP0125292] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-5 | Email dated 12/11/2014 [PSP0125092] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-6 | Email dated 12/30/2014 [PSP0121566-67] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-7 | Email dated 1/9/2015 [PSP0127228-29] | Carmona | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| PSP-8 | Email dated 1/13/2015 [PSP0121481] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-9 | Email dated 1/22/2015 [PSP0123048-49] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-10 | Email dated 1/28/2015 [PSP0123071-72] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-11 | Email dated 1/30/2015 [PSP0123097] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-12 | Email dated 2/3/2015 with attachment(s) [PSP0123106-07] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-13 | Email dated 2/4/2015 [PSP0121962] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-14 | Email dated 2/4/2015 [PSP0121958] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-15 | Email dated 2/4/2015 [PSP0121956-57] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-16 | Email dated 2/6/2015 with attachment(s) [PSP0121906-09] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-17 | Email dated 2/8/2015 with attachment(s) [PSP0123136-38] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-18 | Email dated 2/10/2015 with attachment(s) [PSP0124661-90] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-19 | Email dated 2/18/2015 [PSP0123173] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-20 | Email dated 2/18/2015 [PSP0123176] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-21 | Email dated 3/2/2015 [PSP0123219-21] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-22 | Email dated 3/11/2015 [PSP0123240] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-23 | Email dated 3/12/2015 with attachments(s) [PSP0122192-94] | Carmona | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| PSP-24 | Email dated 3/12/2015 [PSP0124291-92] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-25 | Email dated 3/25/2015 with attachment(s) [PSP0123265-66] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-26 | Email dated 4/2/2015 [PSP0122403-04] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-27 | Email dated 4/5/2015 [PSP0123283] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-28 | Email dated 4/9/2015 [PSP0123286-87] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-29 | Email dated 4/16/2015 [PSP0122333-35] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-30 | Email dated 4/20/2015 with attachment(s) [PSP0122324-25] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-31 | Email dated 4/20/2015 [PSP0122323] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-32 | Email dated 5/14/2015 [PSP0123350-51] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-33 | Email dated 5/22/2015 [PSP0122593] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-35 | Email dated 5/29/2015 [PSP0122633-34] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-36 | Email dated 6/3/2015 [PSP0122644-46] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-37 | Email dated 6/8/2015 [PSP0123396-97] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-38 | Email dated 6/23/2015 with attachment(s) [PSP0123414-24] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-39 | Email dated 7/27/2015 [PSP0123434] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-40 | Email dated 7/27/2015 [PSP0123435-44] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-41 | Email dated 8/4/2015 [PSP0123446-48] | Carmona | 3/3/2020 | 3/3/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| PSP-42 | Email dated 8/4/2015 [PSP0122731] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-43 | Email dated 8/19/2015 [PSP0123458] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-44 | Email dated 8/20/2015 [PSP0122741-44] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-45 | Email dated 8/27/2015 with attachment(s) [PSP0123471-72] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-46 | Email dated 11/17/2015 with attachment(s) [PSP0122900-25] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-47 | Email dated 11/22/2015 with attachment(s) [PSP0127806-13] | Carmona | 3/3/2020 | 3/3/2020 |
| PSP-48 | Amendment to Operating Agreement of Hydra Medical Ventures, LLC [PSP0113775] | Carmona | 3/3/2020 | 3/3/2020 |
|  |  |  |  |  |
| *SW series* | Physician Specialty Pharmacy search warrant exhibits |  |  |  |
| SW-3a | Copy of pages from Mead spiral notebook from Vicki Cowart's office | Carmona, Cowart | 3/5/2020 | 3/5/2020 |
| SW-3b | Copy of pages from Red Alabama spiral notebook from Vicki Cowart's office | Carmona, Cowart | 3/5/2020 | 3/5/2020 |
| SW-3c | Copy of pages from Black Alabama spiral notebook from Vicki Cowart's office | Carmona, Cowart | 3/5/2020 | 3/5/2020 |
| SW-3d | Copy of document from Vicki Cowart's office (in white "Desk" binder) | Carmona, Cowart | 3/5/2020 | 3/5/2020 |
| SW-3e | Copy of documents from Vicki Cowart's office (in Blue "A" binder) | Carmona, Cowart | 3/5/2020 | 3/5/2020 |

| Exhibit # | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| SW-4 | Diagram of Physician Specialty Pharmacy office and room designation | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5a | Photograph from entry | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5b | Photograph of hallway | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5c | Photograph of shipping area | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5d | Photograph of dispensing room | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5e | Photograph of laboratory | Carmona | 3/3/2020 | 3/3/2020 |
| SW-5f | Photograph of Cowart's office | Carmona, Cowart | 3/3/2020 | 3/3/2020 |